RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Isaias Galvan Gutierrez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAIAS GALVAN GUTIERREZ,<br><br>Defendant. | Case No. 2:26-mj-00606-DJA<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Isaias Galvan Gutierrez, that the Preliminary Hearing currently scheduled on November 30, 2026, be vacated and continued to date and time convenient to the Court, but no sooner than February 2027.

This Stipulation is entered into for the following reasons:

1. A written plea agreement has been extended. Defense counsel requires additional time to review the plea agreement with defendant.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the second request for a continuance of the preliminary hearing.

DATED this 4th day of November 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Raquel Lazo*
By_______________________________
RAQUEL LAZO
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

*/s/ Clay Plummer*
By_______________________________
CLAY PLUMMER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISAIAS GALVAN GUTIERREZ,

Defendant.

Case No. 2:26-mj-00606-DJA

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, November 30, 2026, at 4:00 p.m. be vacated and continued to **February 2, 2027, at 4:00 p.m.**

DATED this 3rd of November 2026.

UNITED STATES MAGISTRATE JUDGE